TO: CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

MINUTES OF MEETING OF CREDITORS

CASE NAME: *Luis Aurelio Alvarez Cabrera* CASE NUMBER: *14-01215 BKT*
*and Sandra Eufemia Perez Mendez* CHAPTER: *11*
JUDGE: *BKT*

DATE OF MEETING: *3/31/14* TIME OF MEETING: *10:00 a.m.*

TRACK NUMBER: *002*

METER READING
START: *0:00* (hr:min) _____ (hr:min) _____ (hr:min) _____ (hr:min)
END: *0:50* (hr:min) _____ (hr:min) _____ (hr:min) _____ (hr:min)

1) DEBTOR:
   (X) PRESENT
   ( ) NOT PRESENT
   ( ) SPOUSE NOT PRESENT

2) DEBTOR'S ATTORNEY:
   (X) PRESENT
   ( ) NOT PRESENT

3) CREDITORS:
   ( ) PRESENT (See attachment)
   (X) NOT PRESENT

4) TRUSTEE:
   ( ) HAS BEEN APPOINTED
       NAME OF TRUSTEE: _____
   (X) HAS NOT BEEN APPOINTED

5) UNSECURED CREDITORS COMMITTEE:
   ( ) HAS BEEN APPOINTED
   (x) HAS NOT BEEN APPOINTED

6) SCHEDULES:
   (X) HAVE BEEN FILED
   ( ) HAVE NOT BEEN FILED

7) STATEMENT OF FINANCIAL AFFAIRS:
   (X) HAS BEEN FILED
   ( ) HAS NOT BEEN FILED

8) INVENTORY OF THE PROPERTY OF THE DEBTOR'S ESTATE: *N/A*
   ( ) HAS BEEN FILED
   ( ) HAS NOT BEEN FILED

9) PROOF OF CLOSING PRE-PETITION BANK ACCOUNTS:
   (X) HAS BEEN FILED
   ( ) HAS NOT BEEN FILED

10) PROOF OF OPENING DEBTOR IN POSSESSION BANK ACCOUNTS:
    ( ) HAS BEEN FILED
    (X) HAS NOT BEEN FILED

11) TAX RETURNS LAST TWO YEARS:
    (X) HAVE BEEN FILED
    ( ) HAVE NOT BEEN FILED

12) FINANCIAL STATEMENT(s) LAST TWO YEARS: *NOT PREPARED*
    ( ) HAVE BEEN FILED
    ( ) HAVE NOT BEEN FILED

13) RENT ROLL: *N/A*
    ( ) HAS BEEN FILED
    ( ) HAS NOT BEEN FILED

14) PROOF OF INSURANCE:
    (X) HAS BEEN FILED
    ( ) HAS NOT BEEN FILED

15) MEETING:
    (X) CLOSED
    ( ) CONTINUED TO:

    DATE: _____
    TIME: _____

Re Case No. 14-01215 (BKT) Luis Aurelio Alvarez Cabrera
Minutes of Meeting of Creditors held on March 31, 2014                    Page 2

16)   COMMENTS:

I. Meeting held and closed, subject to amendments to the schedules and Statement of Financial Affairs, and production of documents/information to the United States Trustee within 21 days, as follows:

**II. Amendments to Schedules and Statement of Financial Affairs:**

1. Schedule A – Identify real property referred to in the last entry in Schedule A.

2. Schedule A - List three (3) parking spaces at Villas del Sol, La Parguera Ward, Lajas, PR.

3. Schedule B, Item 4 – List household goods and furnishings located at apartment at Villa del Sol, La Parguera Ward, Lajas, PR.

4. Schedule B, Item 19 – Indicate percentage of interest in both corporations listed. Also, amend value of interest in Bahia del Sol Hotel Corp. as per testimony at meeting of creditors.

5. Schedule B, Item 20 – List a certain lawsuit against Toyota.

6. Schedule D – re Doral Bank – Correct loan number and identify real property subject to lien, as per testimony.

7. Schedule D – List additional claim held by Doral Bank re Maleza Alta Ward real property.

8. Schedule D – re Oriental Bank – Identify property subject to lien. As per testimony at meeting of creditors, property is a Toyota 2008 vehicle.

9. Schedule I – Amend Item 8e to reflect social security income received by joint debtor Perez Mendez since February of 2014.

10. Statement of Financial Affairs, # 4 – List complaint against Toyota.

11. Statement of Financial Affairs, # 18 – Provide EINs and addresses for Bahia del Sol Hotel Corp. and Villas del Sol Apartment, Inc.

**III. Documents/Information to be produced to the United States Trustee:**

1. Evidence of opening debtor-in-possession bank account.

2. Complete copies of Income Tax Returns for 2011 and 2012.

3. Title studies on real properties listed in Schedule A.

Re Case No. 14-01215 (BKT) Luis Aurelio Alvarez Cabrera
Minutes of Meeting of Creditors held on March 31, 2014                                    Page 2a

[Electronically Filed]

    */s/ Nancy Pujals*          3/31/14

PRESIDING OFFICER       DATE
Nancy Pujals
Trial Attorney
USDC-PR No. 201103

OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444 / Fax: (787) 729-7449

- 3 -

14-01215

| NAME | PARTY REPRESENTED (IF ATTORNEY) | ADDRESS | PHONE NO. | FAX NO. | E-MAIL |
|------|--------------------------------|---------|-----------|---------|--------|
|      |                                |         |           |         |        |